IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Parker, Darnell | Case Number: 05 B 02471 |
| | Judge: Hollis, Pamela S |
| Printed: 5/20/08 | Filed: 1/26/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: May 16, 2008
Confirmed: April 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 22,015.00 | |
| Secured: | | 5,155.66 |
| Unsecured: | | 13,780.70 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 1,078.64 |
| Other Funds: | | 0.00 |
| Totals: | 22,015.00 | 22,015.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 2,000.00 | 2,000.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Las Fuentes Condominium | Secured | 0.00 | 0.00 |
| 5. | CitiFinancial | Secured | 5,155.66 | 5,155.66 |
| 6. | ECast Settlement Corp | Unsecured | 321.82 | 342.64 |
| 7. | ECast Settlement Corp | Unsecured | 133.67 | 142.34 |
| 8. | CitiFinancial | Unsecured | 2,350.97 | 2,503.37 |
| 9. | Resurgent Capital Services | Unsecured | 946.28 | 1,007.69 |
| 10. | ECast Settlement Corp | Unsecured | 159.74 | 170.10 |
| 11. | American Express | Unsecured | 1,055.76 | 1,124.25 |
| 12. | Resurgent Capital Services | Unsecured | 1,809.13 | 1,926.58 |
| 13. | American Express | Unsecured | 2,233.66 | 2,378.60 |
| 14. | Citibank USA | Unsecured | 381.46 | 406.23 |
| 15. | Resurgent Capital Services | Unsecured | 275.12 | 292.90 |
| 16. | Resurgent Capital Services | Unsecured | 83.46 | 88.88 |
| 17. | ECast Settlement Corp | Unsecured | 966.86 | 1,029.59 |
| 18. | Resurgent Capital Services | Unsecured | 120.12 | 127.88 |
| 19. | ECast Settlement Corp | Unsecured | 789.01 | 840.19 |
| 20. | ECast Settlement Corp | Unsecured | 1,314.22 | 1,399.46 |
| 21. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 22. | Schottler & Zukosky | Priority | | No Claim Filed |
| 23. | Sam's Club | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,096.94 | $ 20,936.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Parker, Darnell

Printed: 5/20/08

Case Number: 05 B 02471
Judge: Hollis, Pamela S
Filed: 1/26/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 85.20 |
| 3% | 71.39 |
| 5.5% | 265.82 |
| 5% | 83.24 |
| 4.8% | 171.38 |
| 5.4% | 401.61 |
|  | _____ |
|  | $ 1,078.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

